COM.

v.

JONES, S.

1948 EDA 2016

Superior Court of Pennsylvania.

4/19/2017

CP–23–CR–0002714–2012
(Delaware)

Affirmed

COM.

v.

DARDER, C.

2628 EDA 2016

Superior Court of Pennsylvania.

04/19/2017

CP–52–CR–0000543–2013
(Pike)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

HAWES, M.

2101 EDA 2016

Superior Court of Pennsylvania.

04/19/2017

CP–46–CR–00006674–2011
(Montgomery)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

GARWOOD, A.

2752 EDA 2016

Superior Court of Pennsylvania.

04/19/2017

Reargument Denied 6/8/2017

CP–51–CR–0608053–1979
(Philadelphia)

Affirmed